**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re: J.S.M. HEYRI, INC.    §    Case No. 2:16-bk-27007-BB
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    John J. Menchaca, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $753.33 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $37,709.81 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $202,290.19 | | |

    3) Total gross receipts of $240,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $240,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $258,485.87 | $202,290.19 | $202,290.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $9,509.17 | $9,509.10 | $9,509.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $400,000.00 | $401,601.99 | $401,601.99 | $28,200.71 |
| **TOTAL DISBURSEMENTS** | $400,000.00 | $669,597.03 | $613,401.28 | $240,000.00 |

4) This case was originally filed under chapter 7 on 12/30/2016.  The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    05/13/2019                        By: /s/ John J. Menchaca
                                                                Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULENT TRANSFER | 1241-000 | $240,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$240,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John J. Menchaca | 2100-000 | NA | $12,300.00 | $12,300.00 | $12,300.00 |
| Accountant for Trustee, Fees - Menchaca & Company, LLP | 3310-000 | NA | $4,015.80 | $4,015.80 | $4,015.80 |
| Accountant for Trustee, Expenses - Menchaca & Company, LLP | 3320-000 | NA | $34.20 | $34.20 | $34.20 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $660.82 | $660.82 | $660.82 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $1,629.37 | $1,629.37 | $1,629.37 |
| Attorney for Trustee Fees (Other Firm) - Levene, Neale, Bender, Yoo & Brill L.L. | 3210-000 | NA | $32,923.00 | $23,750.00 | $23,750.00 |
| Special Counsel for Trustee Fees - Kring & Chung, LLP | 3210-600 | NA | $181,893.26 | $159,900.00 | $159,900.00 |
| Attorney for Trustee Expenses (Other Firm) - Levene, Neale, Bender, Yoo & Brill L.L.P. | 3220-000 | NA | $362.88 | $0.00 | $0.00 |
| Special Counsel for Trustee Expenses - Kring & Chung, LLP | 3220-610 | NA | $24,666.54 | $0.00 | $0.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $258,485.87 | $202,290.19 | $202,290.19 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5800-000 | NA | $5,897.37 | $5,897.30 | $5,897.30 |
| 1-2 P | FRANCHISE TAX BOARD | 5800-000 | NA | $3,611.80 | $3,611.80 | $3,611.80 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$9,509.17** | **$9,509.10** | **$9,509.10** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 7300-000 | NA | $1,174.29 | $1,174.29 | $0.00 |
| 1-2U | FRANCHISE TAX BOARD | 7300-000 | NA | $427.70 | $427.70 | $0.00 |
| 2 | Sun Hee Jung Suh Law Group, APC | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | Hyun Joo Jang | 7200-000 | $400,000.00 | $400,000.00 | $400,000.00 | $28,200.71 |
| N/F | Carmen Gonzalez BERMEO & MERLUZA, LLP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Francisco Jimenez Susan Garrett Esq | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$400,000.00** | **$401,601.99** | **$401,601.99** | **$28,200.71** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 2:16-bk-27007-BB
**Case Name:** J.S.M. HEYRI, INC.

**Trustee Name:** (007950) John J. Menchaca
**Date Filed (f) or Converted (c):** 12/30/2016 (f)
**§ 341(a) Meeting Date:** 02/06/2017

**For Period Ending:** 05/13/2019
**Claims Bar Date:** 05/30/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>Bank of Hope Checking Account. | 53.33 | 0.00 | | 0.00 | FA |
| 3 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>Tables and Chairs | 500.00 | 0.00 | | 0.00 | FA |
| 4 | FRAUDULENT TRANSFER (u)<br>Transfer of business operations to Red Chocolate, Inc. Docket 75 - Per Order Entered 07/16/2018. | 0.00 | 1.00 | | 240,000.00 | FA |
| **4** | **Assets Totals (Excluding unknown values)** | **$753.33** | **$1.00** | | **$240,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 2:16-bk-27007-BB  
**Case Name:** J.S.M. HEYRI, INC.  
**For Period Ending:** 05/13/2019

**Trustee Name:** (007950) John J. Menchaca  
**Date Filed (f) or Converted (c):** 12/30/2016 (f)  
**§ 341(a) Meeting Date:** 02/06/2017  
**Claims Bar Date:** 05/30/2017

**Major Activities Affecting Case Closing:**

In order to make a meaningful distribution to creditors, trustee and his professionals voluntarily reduced their fees and expenses by approximately 20%.

REPORTING PERIOD APRIL 1, 2018 – MARCH 31, 2019

GENERAL:

On June 22, 2018, The Trustee filed a Motion to Approve Compromise of Controversy. The Settlement Agreement & Mutual Release entered into by the Trustee on the one hand, and Jin Hong, Jae Gag Seo, Red Chocolate, Inc., Jae Gag Seo and Brick and Stone Avenue, Inc. (collectively, the "Hong Parties") on the other hand (the "Hong Agreement"); and The Settlement Agreement & Mutual Release entered into by the Trustee on the one hand, and Eunice Ma aka Eunice Ma Kim ("Eunice") and Sae Byul Ma ("Sae") on the other hand (the "Ma Agreement").

The Hong Agreement provides that the Hong Parties shall pay the estate the sum of $230,000 within 30 days from the execution of the Hong Agreement. In exchange, the Trustee shall dismiss the Lawsuit, and the parties shall release each other from any and all claims.

The Ma Agreement provides that Eunice and Sae shall each pay the estate the sum of $5,000 within 30 days from the execution of the Ma Agreement. In exchange, the Trustee shall dismiss the Lawsuit, and the parties shall release each other from any and all claims.

This Motion is made pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure on the grounds that the Trustee, in the exercise of his business judgment, has determined that the Hong and Ma Agreements are in the best interests of the estate. The Hong and Ma Agreements avoids the risk and expense of further litigation as against the defendants and provides the estate with the certain sum of $240,000, which will allow the Trustee to pay administrative expenses and provide a distribution to allowed claimants (100% to the administrative and priority claims filed by the Franchise Tax Board and approximately 9% to general unsecured claims).

The Hong and Ma Agreements are the product of the parties' extensive negotiations and ultimate cooperative resolution. The Trustee negotiated the Hong and Ma Agreements, taking into account, among other things, the costs of litigation and the likelihood of succeeding at trial.

The Order granting the Motion was entered on 07/16/2018.

ESTATE'S TAX RETURNS:
The estate's tax return have been prepared and filed with the IRS and FTB.

PROOF OF CLAIMS STATUS:
Trustee reviewed the proof of claims filed against the estate and determined that objections are not necessary.

Notice to professionals to file application for compensation With Proof of Service was served and filed on 11/06/2018.

Notice to Pay Court Costs Due Sent To: John Menchaca, Total Amount Due $0 . (Jones, Phyllis R.) (Entered: 11/06/2018)

REPORTING PERIOD APRIL 1, 2017 – MARCH 31, 2018

GENERAL:

The Trustee received a settlement offer from the Hong Defendants (Jae Gag Seo, Brick & Stone Avenue, Jin Hong, and Red Chocolate) in the amount of $100,000. Their collective offer is that they will provide $100,000, keep the store, and obtain a dismissal of all claims. While the Trustee wanted, at

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 2:16-bk-27007-BB  
**Case Name:** J.S.M. HEYRI, INC.  
**For Period Ending:** 05/13/2019

**Trustee Name:** (007950) John J. Menchaca  
**Date Filed (f) or Converted (c):** 12/30/2016 (f)  
**§ 341(a) Meeting Date:** 02/06/2017  
**Claims Bar Date:** 05/30/2017

least, at this point, there is a settlement dialogue other than the Conditional Settlement which is very unlikely to result in a final settlement.

At this point, the Trustee is not interested in the $100,000 offer so he will move forward with the previously discussed counter-proposals. Specifically, he will send a demand in the amount of $350,000 to the Hong Defendants or seek a termination of the Conditional Settlement and move forward to trial. Trustee expects that the $350,000 will be rejected. The Trustee's goal is to obtain an agreement to terminate the Conditional Settlement so that he may move this matter forward. However, he will keep the discussions ongoing in regard to a payment from the Defendants.

The Trustee has also reached out to the creditor to gauge her interest in purchasing the business. If, and when, she responds the Trustee will also present that offer to the Hong Defendants. Moreover, in order to keep all avenues open, the Trustee may consider a lower threshold for selling the business with the estate keeping the lion's share of the proceeds.

REPORTING PERIOD ENDING MARCH 31, 2017

GENERAL:

On December 30, 2016 (the "Petition Date"), the Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. John J. Menchaca, Chapter 7 trustee, being duly qualified, was appointed and presently is the acting Chapter 7 trustee of the Debtor's bankruptcy estate.

Hyun Joo Jang ("Jang") is the plaintiff in an action titled Hyun Joo Jang vs. J.S.M. Heyri, Inc., et al., Los Angeles Superior Court Case No. BC563151 (the "Action"). Jang is a creditor of this estate.

On August 10, 2016, Jang, obtained a Judgement for $400,000. However, before Jang was able to execute on the Judgement, the Debtor transferred the business operations to Red Chocolate, Inc. Jang was in the process of amending the Judgment to include Red Chocolate (among others) as the alter ego of the Debtor when the Debtor filed its Voluntary Petition.

As a result of the Debtor's bankruptcy filing, the alter ego claims are now property of the estate pursuant to section 541 of the Bankruptcy Code. The Trustee has employed Kring & Chung LLP as special litigation counsel to obtain an amended Judgment in the Action which would allow the Trustee to properly administer the Debtor's business.

PROFESSIONALS:

Order Granting Application to Employ Kring & Chung, LLP as Special Litigation Counsel entered on March 21, 2017.

Order Authorizing Trustee to Employ Levene, Neale, Bender Yoo & Brill LLP as General Bankruptcy Counsel entered
March 21, 2017.

Order Granting Application to Employ Menchaca & Company as Accountants, effective as of 5/1/17, entered on June 22, 2017.

Estate's Tax Returns:
N/A

Proof of Claims Status:
The Notification of Asset Case was filed with the Court on February 23, 2017. Proofs of Claims due by 5/30/2017. Government Proof of Claim due by 6/28/2017.

Closing:
N/A

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 4

**Case No.:** 2:16-bk-27007-BB  
**Case Name:** J.S.M. HEYRI, INC.

**Trustee Name:** (007950) John J. Menchaca  
**Date Filed (f) or Converted (c):** 12/30/2016 (f)  
**§ 341(a) Meeting Date:** 02/06/2017

**For Period Ending:** 05/13/2019

**Claims Bar Date:** 05/30/2017

**Initial Projected Date Of Final Report (TFR):** 12/31/2019

**Current Projected Date Of Final Report (TFR):** 12/07/2018 (Actual)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 2:16-bk-27007-BB | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | J.S.M. HEYRI, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2314 | Account #: | ******6700 Checking |
| For Period Ending: | 05/13/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/07/18 | {4} | Jin Hong, Jae Gag Seo, Red Chocolate, Inc, Jae Gag Seo and Brick and Stone Avenue, Inc | Per O.E. 7/16/2018 Order Granting Motion to Approve Compromise under Rule 9019 | 1241-000 | 230,000.00 | | 230,000.00 |
| 08/16/18 | {4} | Eunice Ma aka Eunice Ma Kim and Sae Byul Ma | Per O.E. 7/16/2018 Order Granting Motion to Approve Compromise under Rule 9019 | 1241-000 | 10,000.00 | | 240,000.00 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 260.34 | 239,739.66 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 183.90 | 239,555.76 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 216.58 | 239,339.18 |
| 03/21/19 | 101 | John J. Menchaca | Distribution payment - Dividend paid at 100.00% of $12,300.00; Claim # FEE; Filed: $15,250.00 Per O.E. 03/21/2019 | 2100-000 | | 12,300.00 | 227,039.18 |
| 03/21/19 | 102 | Levene, Neale, Bender, Yoo & Brill L.L. | Distribution payment - Dividend paid at 100.00% of $23,750.00; Claim # ; Filed: $32,923.00 Per O.E. 03/21/2019 | 3210-000 | | 23,750.00 | 203,289.18 |
| 03/21/19 | 103 | Kring & Chung, LLP | Distribution payment - Dividend paid at 100.00% of $159,900.00; Claim # ; Filed: $181,893.26 Per O.E. 03/21/2019 | 3210-600 | | 159,900.00 | 43,389.18 |
| 03/21/19 | 104 | Menchaca & Company, LLP | Distribution payment - Dividend paid at 100.00% of $4,015.80; Claim # ; Filed: $4,015.80 Per O.E. 03/21/2019 | 3310-000 | | 4,015.80 | 39,373.38 |
| 03/21/19 | 105 | Menchaca & Company, LLP | Distribution payment - Dividend paid at 100.00% of $34.20; Claim # ; Filed: $34.20 Per O.E. 03/21/2019 | 3320-000 | | 34.20 | 39,339.18 |
| 03/21/19 | 106 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $1,629.37; Claim # 4; Filed: $1,629.37 Per O.E. 03/21/2019 | 2820-000 | | 1,629.37 | 37,709.81 |
| 03/21/19 | 107 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $5,897.30; Claim # ; Filed: $5,897.37 Per O.E. 03/21/2019 | 5800-000 | | 5,897.30 | 31,812.51 |
| 03/21/19 | 108 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 100.00% of $3,611.80; Claim # 1-2 P; Filed: $3,611.80 Per O.E. 03/21/2019 | 5800-000 | | 3,611.80 | 28,200.71 |
| 03/21/19 | 109 | Hyun Joo Jang | Distribution payment - Dividend paid at 7.05% of $400,000.00; Claim # 3; Filed: $400,000.00 Per O.E. 03/21/2019 | 7200-000 | | 28,200.71 | 0.00 |

Page Subtotals:    $240,000.00    $240,000.00

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:16-bk-27007-BB | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | J.S.M. HEYRI, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2314 | Account #: | ******6700 Checking |
| For Period Ending: | 05/13/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  | **COLUMN TOTALS** |  |  | 240,000.00 | 240,000.00 | $0.00 |
|  |  |  | Less: Bank Transfers/CDs |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 240,000.00 | 240,000.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$240,000.00** | **$240,000.00** |  |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)                                                                      *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:16-bk-27007-BB | **Trustee Name:** | John J. Menchaca (007950) |
| **Case Name:** | J.S.M. HEYRI, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2314 | **Account #:** | ******6700 Checking |
| **For Period Ending:** | 05/13/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $240,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $240,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6700 Checking | $240,000.00 | $240,000.00 | $0.00 |
| | **$240,000.00** | **$240,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)